IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Mildenzel Davis, | ) | C/A No.: 1:12-2490-TLW-SVH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| Captain Brunson; Officer Jackson; Sgt Spades; Officer Mills, | ) ) ) ) | |
| Defendants. | ) ) | |

On December 12, 2012, Plaintiff filed with the court a letter stating that he is attempting to retain counsel to represent him in this matter. [Entry #27]. The court has construed Plaintiff's letter as a motion to amend the scheduling order. Plaintiff's motion to amend is granted and the Clerk of Court ("Clerk") is directed to separately enter the first amended scheduling order in this case.

The court directs Plaintiff to notify the court of the identity of the attorney(s) he retains to represent him in this case or, alternatively, of his desire to continue to proceed with this litigation pro se, i.e., without an attorney, by January 25, 2013. To this end, Plaintiff shall, by January 25, 2013, complete the attached notice and mail it to the Clerk at the address indicated. If Plaintiff fails to file the attached letter with the Clerk within the time prescribed or fails to provide the Clerk with an accurate and current address, this case may be dismissed for failure to prosecute.

Plaintiff is specifically advised that if no new attorney is obtained to represent his interests, the court will expect this litigation to be conducted in accordance with all provisions of the Federal Rules of Civil Procedure and that the court is unable to provide

him with legal advice. Plaintiff is directed to consult the Pro Se Guide available on the District Court's website at www.scd.uscourts.gov under the "pro se" tab. Failure to comply with court rules could have serious consequences including, but not limited to, striking a claim, defense, pleading, dismissing the action for lack of prosecution, and/or holding the party in default.

     IT IS SO ORDERED.

December 13, 2012                         Shiva V. Hodges
Columbia, South Carolina           United States Magistrate Judge

Name   _____

Address_____

_____

Clerk of Court
United States District Court
901 Richland Street
Columbia, South Carolina 29201

    ***In Re:  1:12-2490-TLW-SVH Davis v. Brunson, et al.***

Dear Mr. Propes:

    In response to the order of Judge Hodges dated December 13, 2012, I wish to advise as follows:

_____ 1.  I have obtained a new attorney to represent me in this matter.  His [or her] name, address, and telephone number are as follows:

    _____

    _____

OR

_____ 2.  I have **NOT** obtained a new attorney and will represent myself in this matter.  The clerk is directed to forward all notices and pleadings to me at the above address.  I understand that I am obligated to comply with all provisions of the Federal Rules of Civil Procedure and to keep the Clerk of Court informed as to my proper address.

_____   _____
Signature                                                                              Date

_____
Printed Name